UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BUILDING SERVICE 32BJ HEALTH FUND et al.,

                     **Plaintiffs,**

      -against-

RED COATS, INC.,

                     **Defendant.**

------------------------------------------------------------------X

**21-CV-05557 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Monday, June 27, 2022,** providing the Court an update on the status of the case, including the status of discovery and any settlement discussions.

**SO ORDERED.**

DATED:      New York, New York
                  June 8, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2022