```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BUILDING SERVICE 32BJ HEALTH FUND et al.,

                              Plaintiffs,

          -against-

RED COATS, INC.,

                              Defendant.

------------------------------------------------------------------X

21-CV-05557 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter by no later than **Wednesday, March 1, 2023,** providing the Court an update on the status of the case, including the progress of discovery in the prior month and the anticipated next steps in the upcoming month. **SO ORDERED.**

DATED:    New York, New York
             February 1, 2023

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge