UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BUILDING SERVICE 32BJ HEALTH FUND et al.,

                              Plaintiffs,

               -against-

RED COATS, INC.,

                              Defendant.

**21-CV-5557 (VF)**

**ORDER**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The summary judgment motion filed on **April 21, 2025**, see ECF No. 91, is denied as moot in light of the representation in the joint letter filed on **October 8, 2025**. ECF No. 103. Plaintiff may file a new summary judgment motion by **November 7, 2025**. Any opposition brief shall be due by **December 8, 2025**. Any reply brief is due by **December 22, 2025**. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 91.

       SO ORDERED.

DATED:    New York, New York
              October 9, 2025

                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge