# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

* ADMITTED IN NY
**ADMITTED IN NY AND NJ
***ADMITTED IN NY AND CT
****ADMITTED IN NY AND FLA
*****ADMITTED IN NY, NJ AND MD


October 14, 2026

**VIA ECF ELECTRONIC FILING**
Hon. Valerie Figueredo, U.S.D.J.
Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 17A
New York, New York 10007-1312

**Re: Kyle Bragg, as Trustee, et al. v. Red Coats, Inc.**
**<u>Civil Action No. 21-cv-05557</u>**

Dear Judge Figueredo:

Our firm is counsel for the respective Plaintiffs in this matter (the "Funds"). Presently, the Funds' deadline to submit inquest documents to the Court is October 16, 2026, with Defendant Red Coats, Inc.'s response due by October 15, 2026. See ECF Document 123, at p. 6. The Funds ask that these deadlines be extended seven (7) days. These deadlines have not been previously extended, and this is the first request for an extension.

Today, an elderly relative of the undersigned suffered an unexpected medical emergency that necessitates my immediate attention for all, or a significant portion of, the remainder of this week. As a result, the undersigned asks that the deadlines be extended so that the inquest papers may be finalized. Defendant's counsel graciously consents to this request.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the parties.

Respectfully submitted,

*/s/ Samuel R. Bloom*
Samuel R. Bloom

cc: Opposing Counsel (via ECF)

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 20, 2026**

The parties' request is **GRANTED**. The deadline for Plaintiffs to submit their Inquest documents is extended to **October 23, 2026.** The deadline for Defendant to respond is extended to **October 30, 2026**.