BOYD | RICHARDS

600 Third Avenue, Suite 2800 New
York, New York 10016
(212) 400-0626
gpetrosino@boydlawgroup.com
www.boydlawgroup.com

October 21, 2026

***VIA ECF ELECTRONIC FILING***
Hon. Valerie Figueredo, U.S.M.J.
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007

**Re: Manny Pastreich, as Trustee, et al. v. Red Coats, Inc., et al.**
**Civil Action No. 1:21cv5557**

Dear Judge Figueredo:

Our firm represents the Defendants, Red Coats, Inc. (in its own name and doing business as Admiral Security Services, and Cavalier Services Inc.) ("Red Coats") in the above-referenced matter before Your Honor.

Pursuant to Local Civil Rule 1.4, I write to respectfully request this Court move to withdraw attorney Steven Sutro, Esq., from the ECF docket as counsel for the Defendants in the above-referenced action due to his departure from Boyd Richards Parker & Colonnelli, P.L. Attorney Gizem Petrosino, Esq. will continue to represent Defendants as the case proceeds. Thank you for your consideration herein.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/Gizem Petrosino
Gizem Petrosino, Esq.
Boyd Richards Parker & Colonnelli, P.L.

cc: Samuel R. Bloom, (via ECF)

# MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 22, 2026**

Defendants' request is **GRANTED**. The Clerk of Court is respectfully directed to close the gavel at ECF No. 126.