BOYD | RICHARDS
Parker | Colonnelli

Gizem Petrosino, Esq.
gpetrosino@boydlawgroup.com
(212) 400-0626

October 30, 2026

***Via ECF Electronic Filing***
Hon. Valerie Figueredo, U.S.M.J.
Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 17A
New York, New York 10007

**Re:** ***Kyle Bragg, as Trustee, et al. v. Red Coats, Inc.***
**Civil Action No.: 21-cv-05557**
**Request for Extension of Time to File Inquest Memorandum**

Dear Judge Figueredo:

We represent Defendants, Red Coats, Inc. (in its own name and doing business as Admiral Security Services, and Cavalier Services Inc.) (collectively, the "Defendants"), in the above-referenced matter. We write to respectfully request a one-week extension of time for Defendants to submit their opposition to Plaintiffs' Inquest Memorandum, dated September 23, 2026 (the "Motion"), from October 30, 2026, up to and including, November 6, 2026. This is Defendants' first request for an extension of time. Plaintiffs generously consent to this request.

The reason for this request is due to an emergency, which will require additional time to finalize the inquest documents. An additional one week adjournment of Defendants' deadline to oppose the Motion and produce their own inquest documents will not prejudice the Plaintiffs.

Therefore, we respectfully request a one week adjournment of Defendants' deadline to file their opposition to the Motion and inquest documents. We thank the Court for its time and consideration. Please do not hesitate to contact the undersigned, should you have any questions or concerns.

Thank you.

Respectfully submitted,

*/s/ Gizem Petrosino*
**Gizem Petrosino, Esq.**
BOYD RICHARDS PARKER COLONNELLI, P.L.
*Attorneys for Defendants*

cc: ***All Counsel of Record Via ECF***

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 2, 2026**

Defendant's request is **GRANTED**. The deadline for Defendants' to file their opposition is extended to **November 6, 2026**.